## 58846. THE STATE v. BENTON.

SOGNIER, Judge.

The state appeals from orders granting Benton's motion for discharge and acquittal pursuant to Code Ann. § 27-1901 and his motion to dismiss based upon the alleged unconstitutionality of Code Ann. § 74-9902, which he was accused of violating. "Inasmuch as the trial judge entered a judgment of acquittal which the state had no right to appeal (Code Ann. § 6-1001a), the appeal in this case brought by the state must be dismissed. [Cit.]" *State v. White,* 145 Ga. App. 730 (244 SE2d 579) (1978).

*Appeal dismissed. McMurray, P. J., and Banke, J., concur.*

SUBMITTED OCTOBER 30, 1979 — DECIDED MARCH 11, 1980 — REHEARING DENIED MARCH 24, 1980 — ▮

*Charles Hadaway, George Weaver, Assistant Solicitors,* for appellant.

*John P. Howell,* for appellee.